■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON CORREA NEVAREZ, Appellant. [652 NYS2d 511] —Judgment, Supreme Court, New York County (Michael Obus, J.), rendered August 11, 1994, convicting defendant, after a jury trial, of assault in the second degree, and sentencing him to a term of 1 to 3 years, unanimously affirmed.

Defendant's current claim of error in connection with the procedure employed for the exercise of peremptory challenges is unpreserved and, in any event, without merit (People v Alston, 88 NY2d 519). Concur—Ellerin, J. P., Wallach, Nardelli, Rubin and Mazzarelli, JJ.